**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Stephanie Roman,

              Plaintiff,

-against-

Global Credit & Collection Corp.,

              Defendant.

Docket No: 2:17-cv-05217-JMA-AKT

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: June 3, 2018

| | |
|---|---|
| **PELTAN LAW, PLLC** | **BARSHAY SANDERS, PLLC** |
| By: __/s David Peltan_____ | By: __/s David M. Barshay_____ |
| David Peltan, Esq. | David M. Barshay |
| 128 Church Street | 100 Garden City Plaza, Suite 500 |
| East Aurora, New York 14052 | Garden City, New York 11530 |
| Tel: (716) 374-5431 | Tel. (516) 203-7600 |
| *Attorneys for Defendant* | Email: *ConsumerRights@BarshaySanders.com* |
| | Our File No: 113066 |
| | *Attorneys for Plaintiff* |