**FILED
CLERK**

6/4/2018 9:42 am

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

Stephanie Roman,

    Plaintiff,

  -against-

Global Credit & Collection Corp.,

    Defendant.

Docket No: 2:17-cv-05217-JMA-AKT

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: June 3, 2018

| **PELTAN LAW, PLLC** | **BARSHAY SANDERS, PLLC** |
|---|---|
| By:   /s David Peltan | By:   /s David M. Barshay |
| David Peltan, Esq. | David M. Barshay |
| 128 Church Street | 100 Garden City Plaza, Suite 500 |
| East Aurora, New York 14052 | Garden City, New York 11530 |
| Tel: (716) 374-5431 | Tel. (516) 203-7600 |
| *Attorneys for Defendant* | Email: *ConsumerRights@BarshaySanders.com* |
| | Our File No: 113066 |
| | *Attorneys for Plaintiff* |

Case closed.
SO ORDERED.
/s/ JMA, USDJ
6/4/2018